# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE, WASHINGTON

DOLORES LA ROCCO,

    Plaintiff,

v.

HOLLAND AMERICA LINE INC., a Washington Corporation, HOLLAND AMERICA LINE N.V., a Curacao Corporation, and HAL ANTILLEN N.V., a Curacao Corporation,

    Defendant.

NO.

**COMPLAINT FOR DAMAGES**

**JURY TRIAL DEMANDED**

COMES NOW the plaintiff, Dolores La Rocco, by and through her attorneys, and for causes of action against defendants alleges as follows:

## I.    JURISDICTION AND VENUE

1.1    This is an action by a cruise ship passenger who sustained injury on a voyage aboard the vessel M/S WESTERDAM (the "Vessel"), on a cruise departing from Seattle, Washington. Jurisdiction is vested in this Court pursuant to 28 U.S.C. §1333, due to the maritime nature of the claims. Jurisdiction is also based on diversity of the citizenship of the parties, because the amount in controversy exceeds $75,000.

1.2    Venue is proper in this Court pursuant to 28 U.S.C. §1391 because defendant Holland America Line Inc. has its principal place of business in Seattle, Washington. Venue is also proper

COMPLAINT - 1
Anderson & Mitchell, PLLC
100 S. King St., Suite 560
Seattle, WA 98104
Phone: (206) 436-8490
Fax: (206) 436-8491

under the forum selection clause contained in defendants' passenger contract.

## II.　PARTIES

2.1　Plaintiff Dolores La Rocco, is a resident of New Jersey and was a fare-paying passenger on the Vessel.

2.2　Defendant Holland America Line Inc. is a Washington corporation with its principal place of business in Seattle, Washington. At all material times, Holland America Line Inc. was the operator of the Vessel, and the agent of defendants Holland America Line N.V. and HAL Antillen N.V.

2.3　Defendant Holland America Line N.V. is a Curacao corporation with its principal place of business in Seattle, Washington. At all material times, Holland America Line N.V. was the charterer of the Vessel.

2.4　Defendant HAL Antillen N.V. is a Curacao corporation and at all material times was the owner of the Vessel.

## III.　FACTUAL BACKGROUND

3.1　On August 11, 2015, the Vessel was on a 7 day cruise departing from Seattle, Washington. Dolores La Rocco was a passenger on the Vessel.

3.2　Plaintiff La Rocco was entering a dining room on the vessel when she tripped over a metal strip holding down the edge of the carpeting.

3.3　The flashing on which plaintiff tripped was missing at least one fastener.

3.4　As a result of her fall, plaintiff suffered serious personal injuries. She was evacuated via air from Sitka, Alaska.

COMPLAINT - 2

Anderson & Mitchell, PLLC
100 S. King St., Suite 560
Seattle, WA 98104
Phone: (206) 436-8490
Fax: (206) 436-8491

## IV. CAUSE OF ACTION - NEGLIGENCE

4.1 Plaintiff re-alleges the allegations in Paragraphs 1.1 through 3.4 as though set forth fully herein.

4.2 Defendants, as owners and operators of the Vessel, owed plaintiff the duty to use reasonable care under the circumstances.

4.3 Defendants knew or should have known of the presence of the missing fastener and raised metal strip. As a result, defendants knew or should have known that the metal strip could be a tripping hazard to passengers, many of whom are elderly.

4.4 Defendants breached their duty of care by failing to use reasonable care to detect hazards and maintain the Vessel passageway in a safe condition.

4.6 Defendants breached their duty of care by failing to take reasonable steps to eliminate known existing hazards to passengers like plaintiff.

4.7 Defendants breached their duty of care by failing to take reasonable steps to warn plaintiff of known safety hazards.

4.8 As a direct and proximate result of defendants' negligence, plaintiff suffered permanent injury, past and future pain and suffering, incurred medical bills and other monetary damages, and will incur additional medical bills and monetary damages in the future.

## VI. JURY DEMAND

6.1 Plaintiff demands a trial by jury.

### PRAYER FOR RELIEF

Plaintiff requests that judgment be entered against Defendants as follows:

a. Awarding Plaintiff damages in an amount to be established at the time of trial.

b. Awarding Plaintiff's actual and reasonable attorney's fees, litigation expenses, and costs incurred in this action to the extent provided by any applicable law, and

c. Awarding Plaintiff any additional or further relief which the court finds appropriate,

COMPLAINT - 3

Anderson & Mitchell, PLLC
100 S. King St., Suite 560
Seattle, WA 98104
Phone: (206) 436-8490
Fax: (206) 436-8491

1 | equitable or just.

3 | DATED this 9th day of August, 2016.

ANDERSON & MITCHELL, pllc

By /s/ Wayne Mitchell
Wayne Mitchell WSBA # 24347
Attorney for Plaintiff

COMPLAINT - 4

Anderson & Mitchell, PLLC
100 S. King St., Suite 560
Seattle, WA 98104
Phone: (206) 436-8490
Fax: (206) 436-8491