THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOLORES LA ROCCO,

        Plaintiff,

v.

HOLLAND AMERICA LINE, INC.,

        Defendant.

CASE NO. C16-1249-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the trial date (Dkt. No. 14). The Court, finding good cause, GRANTS the motion. The new deadlines are as follows:

| | |
|---|---|
| **Discovery Cutoff** | January 15, 2018 |
| **Dispositive Motions Deadline** | February 14, 2018 |
| **39.1 Mediation** | April 6, 2018 |
| **Proposed Pretrial Order** | May 4, 2018 |
| **Trial Briefs/Proposed Voir Dire and Jury Instructions** | May 7, 2018 |
| **Trial** | May 14, 2018 at 9:30 a.m. |

DATED this 6th day of July 2017.

William M. McCool<br>
Clerk of Court

s/Paula McNabb<br>
Deputy Clerk