UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOLORES LA ROCCO,<br><br>Plaintiff,<br><br>v.<br><br>HOLLAND AMERICA LINE, INC., *et al.*,<br><br>Defendants. | CASE NO. C16-1249-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' notice to the Court that all claims in this case have settled (Dkt. No. 16). The parties are ORDERED to file a stipulated dismissal within 45 days from the issuance of this order. The Clerk is DIRECTED to terminate all pending case management dates and close the case for statistical purposes.

DATED this 9th day of April 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk