THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOLORES LA ROCCO,<br><br>        Plaintiff,<br>    v.<br><br>HOLLAND AMERICA LINE INC., *et al.*,<br><br>        Defendants. | CASE NO. C16-1249-JCC<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      This matter comes before the Court on the parties' stipulation dismissing the case with prejudice (Dkt. No. 18). Pursuant to Federal Rule of Civil Procedure 41(a), this stipulation is self-executing and the case is dismissed with prejudice and without an award of costs or fees. The Clerk is DIRECTED to close this case.

      DATED this 23rd day of May 2018.

                              William M. McCool
                              Clerk of Court

                              s/Tomas Hernandez
                              Deputy Clerk